USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER DISASTER
SITE LITIGATION

21 MC 100 (AKH)

**STIPULATION AND ORDER OF DISMISSAL**

This document applies to claims against LEFRAK ORGANIZATION, INC. only, in all cases listed in Schedule "A"

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the counsel of record for the parties to the individual actions listed in Schedule "A", that whereas no party thereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of those actions, the listed actions be, and the same hereby are, discontinued without prejudice as against defendant, LEFRAK ORGANIZATION, INC. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED,** that should facts or circumstances derived from future discovery, or otherwise, indicate that LEFRAK ORGANIZATION, INC. is a proper party to any of the individual actions listed in Schedule "A", plaintiff(s) may re-commence said action(s) against LEFRAK ORGANIZATION, INC. by motion or stipulation without the necessity of additional service of process, and LEFRAK ORGANIZATION, INC. will not assert any statute of limitations defenses other than those which may have been asserted based upon the date of commencement of the original action(s) against LEFRAK ORGANIZATION, INC.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 2, 2008

| HARRIS BEACH PLLC | WORBY GRONER EDELMAN & NAPOLI BERN LLP |
|---|---|
| *(signature)* | *(signature)* |
| By: Brian A. Bender, Esq. (BB-0218)<br>Attorneys for Defendants<br>LEFRAK ORGANIZATION, INC.<br>100 Wall Street<br>New York, New York 10005 | Christopher R. LoPalo, Esq. (CL-6466)<br>Attorneys for Plaintiffs<br>115 Broadway, 12th Floor<br>New York, New York 10006<br>(212) 267-3700 |

SO ORDERED:

*(signature)*

ALVIN K. HELLERSTEIN, U.S.D.J.

4/7/08

262482.2

## Schedule "A"

| | | |
|---|---|---|
| 1. | Abbott | 1:05-cv-10654 |
| 2. | Amodio | 1:05-cv-01048 |
| 3. | Arroyo | 1:05-cv-08466 |
| 4. | Augustus | 1:05-cv-09043 |
| 5. | Bacchi | 1:05-cv-01607 |
| 6. | Badillo | 1:05-cv-08934 |
| 7. | Bass | 1:05-cv-08935 |
| 8. | Berry | 1:05-cv-01095 |
| 9. | Blount | 1:05-cv-08933 |
| 10. | Bolobanic | 1:05-cv-09046 |
| 11. | Boscaino | 1:05-cv-01101 |
| 12. | Braxton | 1:05-cv-08675 |
| 13. | Bruno | 1:05-cv-10657 |
| 14. | Bruno | 1:05-cv-01747 |
| 15. | Buckenberger | 1:05-cv-08941 |
| 16. | Cagatay | 1:05-cv-09040 |
| 17. | Cali | 1:05-cv-01469 |
| 18. | Campanale | 1:05-cv-10656 |
| 19. | Caraballo | 1:05-cv-09042 |
| 20. | Carmine | 1:05-cv-01473 |
| 21. | Clarke | 1:05-cv-09039 |
| 22. | Columbia | 1:05-cv-01133 |
| 23. | Cooper | 1:05-cv-03801 |
| 24. | Corbett | 1:07-cv-4415 |
| 25. | Corbett | 1:05-cv-01119 |
| 26. | Cruz | 1:05-cv-01760 |
| 27. | Cuffari | 1:05-cv-01123 |
| 28. | Cuttino | 1:05-cv-02496 |
| 29. | D' Abreu | 1:05-cv-02866 |
| 30. | Dalton | 1:05-cv-08871 |
| 31. | Damico | 1:05-cv-08942 |
| 32. | Danetra | 1:05-cv-01495 |
| 33. | Depradine | 1:05-cv-08676 |
| 34. | Deprospo | 1:05-cv-08684 |
| 35. | Devito | 1:05-cv-01517 |
| 36. | Didonato | 1:05-cv-08683 |
| 37. | Diienna | 1:05-cv-08877 |
| 38. | Donato | 1:05-cv-01105 |
| 39. | Faulk | 1:05-cv-08932 |
| 40. | Formisano | 1:05-cv-08682 |
| 41. | Fox | 1:05-cv-08943 |
| 42. | Fox | 1:05-cv-01070 |
| 43. | Fox-Taitt | 1:05-cv-01660 |
| 44. | Francis | 1:05-cv-01229 |
| 45. | Franzolin | 1:05-cv-01080 |

| | | |
|---|---|---|
| 46. | Frontis | 1:05-cv-01245 |
| 47. | Garcia | 1:05-cv-08468 |
| 48. | Garris | 1:05-cv-08680 |
| 49. | Giordano | 1:05-cv-01107 |
| 50. | Gonce | 1:05-cv-08508 |
| 51. | Greene | 1:05-cv-02034 |
| 52. | Guglielmo | 1:05-cv-01111 |
| 53. | Harris | 1:05-cv-01724 |
| 54. | Hernandez | 1:05-cv-01471 |
| 55. | Keary | 1:05-cv-03162 |
| 56. | Kelleher | 1:05-cv-01420 |
| 57. | Kelley | 1:05-cv-01068 |
| 58. | Kendrick | 1:05-cv-01654 |
| 59. | Kish | 1:05-cv-08678 |
| 60. | Lane | 1:05-cv-01275 |
| 61. | Lanoce | 1:05-cv-01619 |
| 62. | Lillis | 1:05-cv-02497 |
| 63. | Litwin | 1:05-cv-01771 |
| 64. | Loening | 1:05-cv-01782 |
| 65. | Longa | 1:05-cv-01620 |
| 66. | Lopez | 1:05-cv-09038 |
| 67. | Maitland | 1:05-cv-01609 |
| 68. | Maloney | 1:05-cv-08873 |
| 69. | Mancini | 1:05-cv-01668 |
| 70. | Mannix | 1:05-cv-01071 |
| 71. | Manzolillo | 1:05-cv-01476 |
| 72. | Marano | 1:05-cv-01465 |
| 73. | Marino | 1:05-cv-01614 |
| 74. | Martin | 1:05-cv-01474 |
| 75. | Masiello | 1:05-cv-08874 |
| 76. | Massab | 1:05-cv-01795 |
| 77. | Mazzeo | 1:05-cv-01777 |
| 78. | Mazzilli | 1:05-cv-01187 |
| 79. | McCahey | 1:05-cv-01652 |
| 80. | McCarthy | 1:05-cv-08507 |
| 81. | McCracken | 1:05-cv-01276 |
| 82. | McDowald | 1:05-cv-08679 |
| 83. | McVey | 1:05-cv-01066 |
| 84. | Mendoza | 1:05-cv-04339 |
| 85. | Monitello | 1:05-cv-09030 |
| 86. | Munda | 1:05-cv-09037 |
| 87. | Newland | 1:05-cv-08931 |
| 88. | Oetting | 1:05-cv-01717 |
| 89. | O'Brien | 1:05-cv-8541 |
| 90. | O'Neill | 1:05-cv-01248 |
| 91. | Pachay | 1:05-cv-09041 |
| 92. | Palacino | 1:05-cv-01776 |
| 93. | Parra | 1:05-cv-08686 |

| | | |
|---|---|---|
| 94. | Patterson | 1:05-cv-01336 |
| 95. | Pedersen | 1:05-cv-08876 |
| 96. | Picurro | 1:05-cv-01327 |
| 97. | Pierre | 1:05-cv-02499 |
| 98. | Pinzon (Monitello) | 1:05-cv-09036 |
| 99. | Potter | 1:05-cv-08939 |
| 100. | Quiles | 1:05-cv-01708 |
| 101. | Reyes | 1:05-cv-09035 |
| 102. | Rivera | 1:05-cv-09034 |
| 103. | Rollins | 1:05-cv-01638 |
| 104. | Rosa | 1:05-cv-04274 |
| 105. | Roy | 1:05-cv-01644 |
| 106. | Russo | 1:05-cv-01365 |
| 107. | Ryan | 1:05-cv-00679 |
| 108. | Saccomagno | 1:05-cv-01265 |
| 109. | Sanchez | 1:05-cv-08505 |
| 110. | Saxon | 1:05-cv-01362 |
| 111. | Sciabarassi | 1:05-cv-01641 |
| 112. | Scotto | 1:05-cv-09033 |
| 113. | Serpe | 1:05-cv-01789 |
| 114. | Serrano | 1:05-cv-08937 |
| 115. | Sherrod | 1:05-cv-08940 |
| 116. | Siano | 1:05-cv-01209 |
| 117. | Sikorski | 1:05-cv-08677 |
| 118. | Simon | 1:05-cv-01685 |
| 119. | Spafford | 1:05-cv-01523 |
| 120. | Stacey | 1:05-cv-01649 |
| 121. | Sullivan | 1:05-cv-04341 |
| 122. | Taormina | 1:05-cv-8506 |
| 123. | Thomas | 1:05-cv-01331 |
| 124. | Thompson | 1:05-cv-01483 |
| 125. | Urso | 1:05-cv-01185 |
| 126. | Vallebuona | 1:05-cv-01677 |
| 127. | Vallebuona | 1:05-cv-08509 |
| 128. | Wales | 1:05-cv-07291 |
| 129. | White | 1:05-cv-09047 |
| 130. | Williams | 1:05-cv-08467 |