UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION    21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE
CENTER DISASTER LITIGATION

## RETURN OF SERVICE

Service of the Summons and Complaints' was made by me²
DATE: 2/24/06

NAME OF SERVER (PRINT): Charles Thompson
TITLE: Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Julie Jessio

☐ Returned unexecuted: ____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Tom E Byrne
French & Rafter, LLP
29 Broadway 27th Floor
New York, NY 10006-

For the following Defendant(s):

ATLANTIC HEYDT CORP

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/24/06
               Date

Signature of Server

5 Broadway
Address of Server

MICHELLE McDOWELL
Notary Public, State of New York
No. 01MC6140024
Qualified in Richmond County
Commission Expires Jan. 17, ____

¹ See attached rider
² As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# RIDER

## CHECK OFF COMPLAINTS

| | |
|---|---|
| 04CV09846 | Michael J. Clarke and Vienna Clarke |
| 04CV08867 | George Foris and Dorothy Foris |
| 04CV9832 | Patrick Donaghy |
| 04CV9842 | John Martin and Geraldine Martin |
| 05CV0844 | Nabil Hussain |
| 05CV1066 | Patrick Mcvey |
| 05CV1101 | Nicholas Boscaino |
| 05CV1107 | Anthony Giordano and Marisa Giordano |
| 05CV1133 | Chris Columbia and Alisa Columbia |
| 05CV1187 | Paul Mazzilli |
| 05CV1229 | James Francis and Karen Francis |
| 05CV1230 | Hector Diaz and Linda Diaz |
| 05CV1231 | Hector Fernandez and Carmen Fernandez |
| 05CV1233 | Christopher Hynes and Lesley Hynes |
| 05CV1239 | Diomedes Ibanez and Daisy Blandon |
| 05CV1245 | Terrance Frontis |
| 05CV1247 | Jay Levine |
| 05CV1275 | Walter Lane |
| 05CV1437 | Carlton Graham |
| 05CV1481 | Douglas Kenah and Janel Kenah |
| 05CV1495 | Frank Danetra |
| 05CV1619 | Steven Lanoce and Susan Lanoce |
| 05CV1650 | Kevin Martz and Stephanie Martz |
| 05CV1659 | Jeremy Fairweather |
| 05CV1763 | Kevin Burke and Lorraine Burke |
| 05CV1771 | Stuart Litwin and Bulinda Litwin |
| 05CV1795 | Nicholas Massab and Catherine Massab |
| 05CV2135 | Brian Glacken |
| 05CV2496 | Conte Cuttino and Sonia Cuttino |
| 05CV418 | William Doerler and Theresa Doerler |
| 05CV421 | Enrique Ali |
| 05CV423 | Richard Bittles |
| 05CV4339 | Marco A. Mendoza and Carolina Mendoza |
| 05CV5601 | Patrick Corbett |
| 05CV8468 | Denise Garcia |
| 05CV9161 | Orlando Ocampo and Janneth Ocampo |
| 05CV9224 | Andrzej Lasica and Ewelina Lasica |
| 05CV9328 | Joseph Bencivenga and Lori Bencivenga |
| 05CV9329 | John O'Driscoll |
| 05CV9333 | Ana Lascano |
| 05CV9338 | Clarence Ferrell |
| 05CV9340 | Victor Ramrattan and Bibi Ramrattan |

# RIDER

## **CHECK OFF COMPLAINTS**

05CV9341        Gary Gaddist

## **SUMMONS WITH NOTICE**
## **NEW YORK STATE SUPREME COURT**

115317/05       Yasmin Abarca, et al
115189/05       Igbalija Rugovac, et al
115318/05       Jaime Sosa
115190/05       Alfred Lent and Susan Lent